**STATE of Missouri, Respondent,**

v.

**Jimmy L. TODD, Appellant.**

**No. ED 89429.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 22, 2008.

Craig A. Johnston, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Robert J. Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW and KURT S. ODENWALD, JJ.

RSMo (2000) unless otherwise indicated.

**538**

**ORDER**

PER CURIAM.

Jimmy L. Todd appeals the judgment entered upon his convictions by a jury for possession of a controlled substance, Section 195.202 RSMo 2000; six counts of possession of a chemical with intent to produce a controlled substance, Section 195.420 RSMo 2000; and possession of drug paraphernalia with intent to produce, Section 195.233 RSMo 2000. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).